MICHAEL R. SCHWARTZ et al., Respondents, *v.* FIFTY GREENWICH STREET REALTY CORPORATION et al., Appellants.

(Submitted October 1, 1934; decided October 9, 1934.)

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by striking out the provision therein awarding costs to the individual defendant. (See 265 N. Y. 443.)

ROSE HAGEN, Appellant, *v.* THE VILLAGE OF MONTGOMERY, Respondent.

(Argued October 1, 1934; decided October 9, 1934.)

*Philip A. Rorty* for motion.

*Daniel Becker* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking and pays ten dollars costs within ten days, in which event the motion is denied.